Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TERRY FABRICANT and ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GSC LIMITED d/b/a GREYSTONE CAPITAL 1, and DOES 1 through 10, inclusive, and each of them,

Defendant

) Case No. 2:21-cv-00780-CBM-AS
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE

Now come the Plaintiffs, Terry Fabricant and Abante Rooter and Plumbing, by and through their attorneys, and respectfully requests this Honorable Court enter an order dismissing this action without prejudice as to both Plaintiffs' individual

1   claims and the putative class members' claims, pursuant to Fed. R. Civ. P.

2   41(a)(1)(A)(i). The Defendant has not yet filed an answer.

3

4

5   Dated: April 28, 2021

6                                                      Respectfully submitted,

7

8                         **THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

9

10                                          By:  /s/ Todd M. Friedman

11                                          TODD M. FRIEDMAN, ESQ.

12                                          ATTORNEY FOR PLAINTIFFS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 26, 2021, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on April 28, 2021, at Woodland Hills, CA

[X ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.


By:      /s/ Todd M. Friedman
           TODD M. FRIEDMAN, ESQ.
           ATTORNEY FOR PLAINTIFFS